UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Vantage Travel Service, Inc. , Debtor | Chapter: 11<br>Case No: 23−11060<br>Judge Janet E. Bostwick |

# ORDER TO UPDATE
*(Non Individuals Filing Chapter 11)*

**TO DEBTOR'S COUNSEL: YOU ARE HEREBY ORDERED** to file with this Court the document(s) checked below. Failure to file the required documents with the Clerk's Office may result in the dismissal of this case.

**NOTE: Official Forms, Director Forms and Local Forms may be downloaded from the Court's website at** www.mab.uscourts.gov

- ☑ Matrix (List of Creditors): Must be filed with the Voluntary Petition. (MLBR 1007−1). The Court may dismiss the case for failure to file the matrix with the Petition.

- ☑ Matrix.txt File: Must be uploaded with the Voluntary Petition. (MLBR 1007−1). The Court may dismiss the case for failure to file the matrix with the Petition. In addition to the pdf version of the matrix, a .txt file listing the names and addresses of all of your creditors must be uploaded to the ECF database. (From the ECF Bankruptcy Menu, Select "Creditor Maintenance" then select Upload list of creditors file.)

- ☑ Verification of Matrix
  Due: **06/30/2023**

- ☐ Provide EIN or Tax ID Number
  Due:

- ☐ Signature missing or incorrect the petition must be signed by Attorney/Debtor._____
  Due:

- ☐ Corporate Vote
  Due:

- ☐ Filing fee: Payment in the full amount of $1738.00. (**NOTE:** No debtor checks accepted, money order or bank checks only made payable to: *"Clerk, U.S. Bankruptcy Court"*).
  Due:

- ☐ Small Business Debtor Requirements: (Most Recent)
    − Balance Sheet
    − Statement of Operations
    − Cash−flow Statement
    − Federal Income Tax Returns
    − If you do NOT have these documents, provide a statement under penalty of perjury that you do not have these documents, that you have not prepared either a balance sheet, statement of operations, or cash−flow statement or you have not filed a federal tax return.
  Due:

- ☐ Declaration of Electronic Filing *(Local Form 7)*
  Due:

- ☐ Attachment to Voluntary Petition for Non−Individuals Filing for Bankruptcy Under Chapter 11, (Official Form 201A)(Ch. 11 Debtor required to file report with SEC)
  Due:

- ☐ Other:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

**The documents checked below must be filed with the Court no later than 7/13/23**

- ☑ Schedule(s) are missing or incomplete: A–H
- ☑ Summary of Assets and Liabilities for Non–Individuals *(Official Form 206Sum)*
- ☑ Declaration Under Penalty of Perjury for Non–Individual Debtors *(Official Form 202)*
- ☑ Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy, *(Official Form 207)*
- ☑ Disclosure of Compensation of Attorney for Debtor *(Director Form 2030)*
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders *(Official Form 204)*
- ☑ List of Equity Security Holders of Debtor; FRBP 1007(a)(3) – Corporations.
- ☐ Disclosure of Ownership Statement Rule 1007(a)(1).
- ☐ Evidence of Current and Sufficient Liability and Property Insurance on Any Real Estate or Vehicle(s) Owned by the Debtor or Joint Debtor
- ☐ New schedule listing post–petition creditors (in converted cases only). Please check one of the options below, then sign and date and return to the Court at the address below.

    ☐ List and Verified Declaration attached.
    ☐ No post–petition creditors. Signature _____ Date _____

| | | |
|---|---|---|
| ⦿ United States Bankruptcy Court<br>John W. McCormack Post Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |

Date: 6/29/23

By the Court,

Susan Keating
Deputy Clerk
617–748–5333