

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:
**VANTAGE TRAVEL SERVICE, INC.**,
DEBTOR.

Chapter 11
Case No. 23-11060-JEB

### Order Setting Emergency Hearing and Objection Deadline

**MATTER:**

**#6** Debtor's Motion for an Order (A) Approving Procedures Governing Debtor's Proposed Sale of Substantially All Assets Pursuant to Sections 363 and 365 of the Bankruptcy Code, Free and Clear of Liens, Claims, and Interests; (B) Approving Form and Manner of Notice of Sale; (C) Approving Debtor's Assumption of Asset Purchase Agreement Pursuant to Section 365; and (D) Granting Related Relief *(Expedited Determination Requested)*

**#7** Debtor's Motion for Interim and Final Orders Authorizing Secured Financing Pursuant to 11 U.S.C. § 364(d) and Use of Cash Collateral, and Related Relief *(Emergency Interim Determination Requested)*

**#9** Debtor's Motion for Order Approving (A) Maintenance and Continued Use of Existing Bank Accounts and Business Forms, and (B) Limited Waiver of Section 345 Requirements with Respect to Bank Accounts *(Emergency Determination Requested)*

**#10** Debtor's Motion for Order Authorizing Debtor to Honor Obligations to Employees *(Emergency Determination Requested)*

**#11** Debtor's Motion for Order Directing United States Trustee to Appoint Consumer Privacy Ombudsman *(Expedited Determination Requested)*

**#12** Debtor's Motion for Order Authorizing Debtor to File Customer Personally Identifiable Information Under Seal *(Expedited Determination Requested)*

**#13** Debtor's Motion for Order (A) Appointing Stretto, Inc. as Claims and Noticing Agent and (B) Authorizing Retention and Employment of Stretto, Inc. as Administrative Advisor *(Expedited Determination Requested)*

The requests for emergency and expedited determination are granted as follows. The Court will hold a hearing on the Motions on **July 5, 2023, at 11:00 a.m.** The hearing will be held in person, in Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, Massachusetts 02109. **Objections to the Motions may be raised at the hearing.**

In order to provide flexibility and maximize access for parties in interest in addressing the above Matters, this hearing is scheduled as a Hybrid Hearing, where parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated June 30, 2023 ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice

of Participation required under Paragraph II, 2 of that order by **July 5, 2023, at 9:00 a.m.**, to the Courtroom Deputy, Regina Brooks, at Regina_Brooks@mab.uscourts.gov. As provided in the Video Hearing Order, appearance by video is limited to counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom.

The Debtor shall immediately give notice of the Motions and the hearing to all interested parties, including secured creditors, taxing authorities, the Debtor's 20 largest unsecured creditors, and the United States Trustee, by (i) serving copies of this Order, the Video Hearing Order, and the Motions by electronic mail or other method designed to provide immediate notice, or (ii) giving telephonic notice of the objection deadline, the hearing date and the contents of the Motions followed by service of copies of this Order, the Video Hearing Order, and the Motions by first class mail, postage prepaid. The Debtor shall file a certificate of service (including the manner of service) by **July 3, 2023**.

Dated: June 30, 2023

By the Court,

*[signature: Janet E. Bostwick]*

Janet E. Bostwick
United States Bankruptcy Judge