UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| VANTAGE TRAVEL SERVICE, INC. | ) ) | Case No. 23-11060-JEB |
| Debtor. | ) ) ) |  |

OBJECTION OF ANNETTE WOOLF TO DEBTOR'S MOTION
FOR INTERIM AND FINAL ORDERS AUTHORIZING SECURED FINANCING

Annette Woolf, a creditor ("Woolf"), objects to the Debtor's Motion for Interim and Final Orders Authorizing Secured Financing [Docket No. 7] (the "Financing Motion"). In support of her objection, Woolf states the following:

1. Woolf objects to the Financing Motion for the reasons set forth in her Objection to the Sale Motion [Docket No. 186] and incorporates by reference the objections of the United States Trustee [Docket Nos. 38, 128].

Wherefore, Annette Woolf prays that the Court deny the Financing Motion and grant such other and further relief as is just.

Annette Woolf

by her attorneys,

*/s/ Peter J. Haley*
Peter J. Haley (BBO# 543858)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel. (617) 217-4714
peter.haley@nelsonmullins.com

                                      Ronald W. Dunbar, Jr.
                                      DUNBAR LAW P.C.
                                      10 Post Office Square
                                      Boston, MA 02109
                                      Tel: (617) 244-3550
                                      Email: dunbar@dunbarlawpc.com

Dated: August 3, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 3, 2023                                */s/ Peter J. Haley*
                                                                    Peter J. Haley