**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **VANTAGE TRAVEL SERVICE, INC.,** | ) | Case No. 23-11060 |
| | ) | |
|     **Debtor.** | ) | |
| | ) | |

**MOTION TO PERMIT ANDREW C. HELMAN**
**TO APPEAR TELEPHONICALLY AT HEARING**
**(Expedited Determination Requested)**

The Official Committee of Unsecured Creditors (the "Committee") hereby respectfully moves this Court pursuant to Local Rule 9074-1 to permit their counsel, Andrew. C. Helman, to appear remotely by video before this Court at the hearing currently scheduled for Friday, September 15, 2023, at 11:00 a.m. (the "Hearing") for a continued hearing on the *Debtor's Motion for Interim and Final Orders Authorizing Secured Financing Pursuant to 11 U.S.C. § 364(d) and Use of Cash Collateral, and Related Relief* [Dkt. No. 7], as well as any other pending matters (together, the "Motions"). Mr. Helman requests such authorization on the basis that he is counsel to the Committee and is best-positioned to address the Committee's position at the Hearing. Mr. Helman will be in Portland, Maine, at the time of the Hearing, and the ability for him to attend the Hearing by video will reduce client expense in regard to this matter.

Given the information set forth herein, the Committee requests that the Court grant this Motion notwithstanding the time at which it is filed and, in support, respectfully states as follows: Mr. Helman has a medical appointment in Portland, Maine at 7 a.m. on September 15, 2023, and subsequently needs to travel with his family from the Portland, Maine, area at 3 p.m. on September 15, 2023, prior to observance of a Jewish religious holiday commencing at sundown. Participating

in the Hearing in person would be significantly difficult in light of these pending commitments made prior to the date the Hearing was scheduled. The Committee regrets any inconvenience caused to the Court by virtue of this Motion being filed after to 3 p.m. There were exigencies during the day connected with continuing and significant negotiations and client meetings regarding the Motions.

Dated: September 14, 2023                              Respectfully submitted,

*/s/ Andrew C. Helman*
Andrew C. Helman (BBO# 679155)
DENTONS BINGHAM GREENEBAUM LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108

        and

One City Center, Suite 11100
Portland, Maine  04101
(207) 619-0919
andrew.helman@dentons.com

## CERTIFICATE OF SERVICE

    I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document (with exhibits, if any) to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: September 14, 2023           */s/ Andrew C. Helman*
                                                      Andrew C. Helman (BBO# 679155)
                                                      DENTONS BINGHAM GREENEBAUM LLP
                                                      One Beacon Street, Suite 25300
                                                      Boston, Massachusetts 02108

                                                                            and

                                                      One City Center, Suite 11100
                                                      Portland, Maine 04101
                                                      (207) 619-0919
                                                      andrew.helman@dentons.com