UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>VANTAGE TRAVEL SERVICE, INC.<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-11060-JEB |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S ASSENTED-TO MOTION FOR ORDER EXTENDING DEADLINE TO OBJECT TO, AND CONTINUING HEARING ON, BROOKLINE BANK'S <u>MOTION FOR RELIEF FROM STAY</u>**
**[Emergency Determination Without Hearing Requested]**

The Official Committee of Unsecured Creditors of Vantage Travel Service, Inc. (the "<u>Committee</u>") hereby moves this Court on an emergency basis pursuant to MLBR 5071-1 and 9013-1(e)(2) and (g) for entry of an order (i) extending the current October 25, 2023, deadline to object to *Brookline Bank's Motion for Relief from the Automatic Stay* [Dkt. No. 367] (the "<u>Stay Relief Motion</u>") to November 1, 2023, and (ii) continuing the hearing on the Motion currently scheduled for October 31, 2023, to November 13, 2023. Vantage Travel Service, Inc. (the "<u>Debtor</u>") and Brookline Bank and assent to this Motion.

In support of this Motion, the Committee states as follows:

1. On June 29, 2023 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition with this Court commencing this Chapter 11 case. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to manage its business and financial affairs as a debtor-in-possession.

2. On August 8, 2023, the United States Trustee (the "<u>UST</u>") appointed a (reconstituted) official committee of unsecured creditors in the Debtor's chapter 11 case.

3.     On September 15, 2023, Brookline Bank (the "Bank") filed the Stay Relief Motion. By the Stay Relief Motion, the Bank seeks authority to set off the Debtor's reimbursement obligations to the Bank for honoring letters of credit issued by the Bank for the Debtor's account, in the aggregate amount of $170,000.00 (the "Letters of Credit"), against $110,000.00 of cash collateral held by the Bank in a deposit account established to secure the Debtor's reimbursement obligations (the "Bank Cash Collateral").

4.     On September 29, 2023, this Court entered its *Order* [Dkt. No. 417] (the "Extension Order"). The Extension Order extended the deadline for the Debtor and the Committee to object to the Stay Relief Motion until October 25, 2023, and continued the hearing on the Stay Relief Motion until October 31, 2023.

5.     A hearing on confirmation of the Debtor's pending chapter 11 plan filed at Docket Entry [434] (the "Plan") is set for November 13, 2023. If confirmed, the Plan would effectuate relief similar to that requested in the Stay Relief Motion.

6.     Given developments in this case and the pendency of the Plan, the Committee requires additional time to determine its position regarding Brookline Bank's asserted right to stay relief. At the same time, the Committee wishes to reduce unnecessary expense and contested hearings. Consequently, the Committee approached the Bank to seek a continuance of proceedings on the Stay Relief Motion to obviate the need for either the Debtor or the Committee to contest the Stay Relief Motion so that it would not be granted by default at this time. The Bank agreed that such a continuance of proceedings made sense.

7. The parties are continuing discussions on the matter and have agreed that an additional continuance of proceedings on the Stay Relief Motion is desirable.

In light of the foregoing, the Committee respectfully requests that this Court enter its order (i) granting this Motion, (ii) extending to November 1, 2023 the deadline for the Debtor and the Committee to object to the Stay Relief Motion, and (iii) continuing the hearing on the Stay Relief Motion currently scheduled for October 31, 2023 to November 13, 2023, such that it can be heard in the event that the Plan is not confirmed.

Dated: October 25, 2023

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VANTAGE TRAVEL SERVICE, INC.

By its attorneys,

/s/ Andrew C. Helman*
Andrew C. Helman (BBO # 679155)
Dentons Bingham Greenebaum LLP
One Beacon Street, Suite 25300
Boston, MA 02108
(207) 619-0919
andrew.helman@dentons.com

ASSENTED TO:

| BROOKLINE BANK | VANTAGE TRAVEL SERVICE, INC. |
|---|---|
| By its attorneys, | By its attornys, |
| /s/ Joseph M DiOrio* | /s/ A. Davis Whitesell* |
| Joseph M. DiOrio (BBO# 638546) | Michael J. Goldberg (BBO #551869) |
| Patrick J. McBurney (BBO# 687589) | A. Davis Whitesell (BBO #551462) |
| PANNONE LOPES DEVEREAUX & O'GARA LLC | Casner & Edwards, LLP |
| Northwoods Office Park | 303 Congress Street |
| 1301 Atwood Avenue, Suite 215 N | Boston, MA 02210 |
| Johnston, RI 02919 | Tel: 617-426-5900 |
| 401 824 5100 t | Email: goldberg@casneredwards.com |
| 401 824 5123 f | whitesell@casneredwards.com |
| jdiorio@pldolaw.com | |
| pmcburney@pldolaw.com | * Pursuant to Rule 8(b)(2) of MLBR Appendix 8 (Electronic Filing Rules), Attorney Helman certifies that he has obtained authority from each of attorneys DiOrio and Whitesell to insert their ECF signatures to indicate their assent to this Motion. |

## CERTIFICATE OF SERVICE

I, Andrew Helman, hereby certify that, to the best of my knowledge, the foregoing document will, contemporaneously with its entry on the Court's docket through the Court's CM/ECF system, be transmitted by email through such system to all registered users of such system in this Chapter 11 case, including the individuals whose names, party affiliations, and email addresses are set forth on the attached CM/ECF Service List.

Dated:  October 25, 2023

/ Andrew C. Helman*
Andrew C. Helman (BBO # 679155)
Dentons Bingham Greenebaum LLP
One Beacon Street, Suite 25300
Boston, MA  02108
(207) 619-0919
andrew.helman@dentons.com

**CM/ECF Service List**

| Name | Party Represented | E-Mail Address |
| --- | --- | --- |
| Eric K. Bradford | U.S. Trustee | Eric.K.Bradford@USDOJ.gov |
| Allison L. Carr | Creditor Commonwealth of Pennsylvania, Office of the Attorney General | acarr@attorneygeneral.gov |
| David A Casale | Creditor JPMorgan Chase Bank, N.A. | dcasale@reedsmith.com; lsizemore@reedsmith.com; jroach@reedsmith.com; slucas@reedsmith.com |
| Robert F Casey | Creditor Brad L Harris<br>Creditor John McCatherin<br>Creditor William P Graves III | bobcasey@robertfcasey.com; bankrupt@robertfcasey.com |
| Daniel C. Cohn | Interested Party Pacific Travel Partners, Inc. | dcohn@murthalaw.com, lmulvehill@murthalaw.com |
| Joseph M DiOrio | Interested Party Brookline Bancorp | jmdiorio@dioriolaw.com, jdiorio@pldolaw.com; aperry@pldolaw.com; mrollinson@pldolaw.com |
| Ronald W. Dunbar, Jr. | Creditor Annette Woolf | dunbar@dunbarlawpc.com |
| Peter J. Haley | Creditor Annette Woolf | peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com |
| Andrew C. Helman | Creditor Committee Official Committee of Unsecured Creditors | andrew.helman@dentons.com, samantha.hayes@dentons.com, tiffany.babcock@dentons.com |
| Jonathan Horne | Interested Party Pacific Travel Partners, Inc. | jhorne@murthalaw.com, lmulvehill@murthalaw.com |
| Robert J. Keach | Creditor Henry R. Lewis Trust u/t/d November 24, 2004<br><br>Creditor Henry R Lewis | rkeach@bernsteinshur.com, acummings@bernsteinshur.com; astewart@bernsteinshur.com; kquirk@bernsteinshur.com; aprescott@bernsteinshur.com |
| Richard King | United States Trustee | ustpregion01.bo.ecf@usdoj.gov |
| John G. Loughnane | Consumer Privacy Ombudsman | LoughnaneJ@whiteandwilliams.com |
| John J. Monaghan | Interested Party Nordic Hamburg GmbH | bos-bankruptcy@hklaw.com, hapi@hklaw.com |
| Sarah E Petrie | Creditor Commonwealth of Pennsylvania, Office of the Attorney General | sarah.petrie@mass.gov |
| Adam Prescott | Creditor Henry R. Lewis Trust u/t/d November 24, 2004<br><br>Creditor Henry R Lewis | aprescott@bernsteinshur.com, astewart@bernsteinshur.com; kquirk@bernsteinshur.com; sbaker@bernsteinshur.com; 12978@notices.nextchapterbk.com; cmastrogiorgio@bernsteinshur.com |

| Name | Party Represented | E-Mail Address |
|---|---|---|
| David P. Primack | Creditor U.S. Specialty Insurance Company and its affliated sureties | dprimack@mdmc-law.com, gbressler@mdmc-law.com; scarney@mdmc-law.com |
| Cara Sgobba | Creditor Trip Mate, Inc. | csgobba@grsm.com |
| Heather Sprague | U.S. Trustee | Heather.Sprague@usdoj.gov |
| Jeffrey D. Sternklar | Creditor Smith Duggan Cornell & Gollub LLP | jeffrey@sternklarlaw.com, jdsternklar@yahoo.com; r60083@notify.bestcase.com; 3338331420@filings.docketbird.com |
| Melissa L Van Eck | Creditor Commonwealth of Pennsylvania, Office of the Attorney General | mvaneck@attorneygeneral.gov |
| Harvey J Wolkoff | Creditor Airlines Reporting Corporation | camillechirillo@quinnemanuel.com, erikamorabito@quinnemanuel.com; brittanynelson@quinnemanuel.com |
| Lynne B. Xerras | Interested Party Nordic Hamburg GmbH | lynne.xerras@hklaw.com |
| Gina M. Young | Creditor Committee Official Committee of Unsecured Creditors | gina.young@dentons.com |