UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: )<br>)<br>)   Chapter 11<br>VANTAGE TRAVEL SERVICE, INC. )<br>)   Case No. 23-11060-JEB<br>Debtor. )<br>) | |

**DECLARATION OF LAWTON W. BLOOM
IN SUPPORT OF PLAN CONFIRMATION**

I, Lawton W. Bloom, declare and state as follows:

1. I am a Managing Director of Argus Management Corporation (the "Firm"), which maintains offices at 2 Rosenfeld Drive, Suite F, Hopedale, Massachusetts, 01747.

2. I submit this declaration in support of confirmation of the *Debtor's Liquidating Plan Dated October 3, 2023* [Dkt. No. 432] (the "Plan"). If I were called to testify, I could and would testify competently to the facts set forth herein. I am authorized by the Debtor to submit this Declaration in support of confirmation of the Plan. Capitalized terms used and not defined herein have the meanings ascribed to them in the Plan.

3. I am familiar with the updated "Plan Budget" filed with the Bankruptcy Court on November 8, 2023 (the "Plan Budget"), updating the original Plan Budget filed on November 3, 2023 [Dkt. No. 516, at Exh. B]. I worked with the Debtor and its counsel to prepare the Plan Budget, which is intended to cover the expenses associated with (i) implementation of the Plan including Effective Date payments required to be made under the Plan and (ii) wind down of the Debtor's business and financial affairs and related case administration through March 31, 2024, when the Debtor expects its Chapter 11 case ready to be closed (subject to the input of the

Creditor Trustee to be appointed under the Plan regarding delayed case closure to promote or facilitate administration of the Creditor Trust).

4. I understand that the Plan calls for certain Effective Date payments (or delayed payments subject to court order, including for allowed compensation to estate professionals), and that confirmation of the Plan depends on the Debtor's ability to make such payments. I understand that, for purposes of the Plan, these Effective Date payments include: (i) Priority Tax Claims, (ii) administrative expense claims, (iii) professional fee claims, and (iv) allowed Priority Non-Tax Claims (Class Five Claims).

5. Based on my review and knowledge of the Debtor's outstanding and expected tax liabilities, I believe that the Debtor's known and expected tax obligations constituting Priority Tax Claims include: (i) $15,000 owed to the City of Boston for personal property taxes through the period ending December 31, 2023 and (ii) small amounts reflected on proofs of claim filed by four other taxing authorities, totaling less than $10,000. The Plan Budget includes line item payments for these amounts.

6. Based on my review and knowledge of the Debtor's ongoing business and financial affairs, I believe that the Debtor is current in the payment of its ongoing, ordinary course obligations entitled to administrative expense status. Consequently, I believe that there will be no "past-due" administrative expenses subject to payment on the Effective Date. As for post-Effective Date payments of ongoing business and case administration expenses, I believe that the Plan Budget appropriately and adequately provides for their payment through the period ending March 31, 2024.

7. Based on my review of invoices for services through October 31, 2023 submitted by the Debtor's counsel (Casner & Edwards, LLP) and financial advisor (my firm, Argus

2

Management), and my projection of Argus's fees through March 31, 2024 and my discussions with Casner & Edwards concerning (i) its expected fees through November 20, 2023 (the expected Effective Date of the Plan) and (ii) its expected Plan-implementation services through March 31, 2024, I believe that the amounts set forth in the Budget for payment of such professionals' fees is appropriate and adequate.

8.  Based on my discussions with Debtor's counsel, I believe that the amounts set forth in the Budget for payment of allowed compensation to counsel to the Creditors' Committee to be appropriate and adequate.

9.  Based on my review of the Debtor's schedules [Docket No. 109] and my familiarity with the Debtor's financial obligations, and assuming that the Court makes the legal determination set forth in Section 5.12 of the Plan, I believe that there are no Priority Non-Tax Claims.

10. I understand that the source of funding for the Plan Budget will be (i) any remaining sale proceeds held by counsel to the Debtor in the sale proceeds escrow account and (ii) funds in the amount of $1,119,139.81 payable by JPM from the Customer Deposit Funds. I understand that the Prepetition Lender has consented to such use of the sale proceeds and funds to be received from JPM. I believe that such funds are adequate to fund the Plan Budget.

*Continued on next page*

I declare under penalty of perjury that the foregoing is true and correct. Dated this 8th day of November, 2023 at Atlanta, Georgia.

_____
Lawton W. Bloom

**CERTIFICATE OF SERVICE**

      I, A. Davis Whitesell, hereby certify that, to the best of my knowledge, the foregoing ***Declaration of Lawton W. Bloom In Support of Plan Confirmation*** will, contemporaneously with its entry on the Court's docket through the Court's CM/ECF system, be transmitted by email through such system to all registered users of such system in this Chapter 11 case, including the individuals whose names, party affiliations, and email addresses are set forth on the attached CM/ECF Service List.

Dated:  November 8, 2023                  */s/ A. Davis Whitesell*
                                                       A. Davis Whitesell, BBO# 551462
                                                       Casner & Edwards, LLP
                                                       303 Congress Street
                                                       Boston, MA 02210
                                                       Tel: 617-426-5900
                                                       Email: whitesell@casneredwards.com

## CM/ECF Service List

| Name | Party Represented | E-Mail Address |
| --- | --- | --- |
| Eric K. Bradford | U.S. Trustee | Eric.K.Bradford@USDOJ.gov |
| Allison L. Carr | Creditor Commonwealth of Pennsylvania, Office of the Attorney General | acarr@attorneygeneral.gov |
| David A Casale | Creditor JPMorgan Chase Bank, N.A. | dcasale@reedsmith.com; lsizemore@reedsmith.com; jroach@reedsmith.com; slucas@reedsmith.com |
| Robert F Casey | Creditor Brad L Harris<br>Creditor John McCatherin<br>Creditor William P Graves III | bobcasey@robertfcasey.com; bankrupt@robertfcasey.com |
| Daniel C. Cohn | Interested Party Pacific Travel Partners, Inc. | dcohn@murthalaw.com, lmulvehill@murthalaw.com |
| Joseph M DiOrio | Interested Party Brookline Bancorp | jmdiorio@dioriolaw.com, jdiorio@pldolaw.com; aperry@pldolaw.com; mrollinson@pldolaw.com |
| Ronald W. Dunbar, Jr. | Creditor Annette Woolf | dunbar@dunbarlawpc.com |
| Peter J. Haley | Creditor Annette Woolf | peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com |
| Andrew C. Helman | Creditor Committee Official Committee of Unsecured Creditors | andrew.helman@dentons.com, samantha.hayes@dentons.com, tiffany.babcock@dentons.com |
| Jonathan Horne | Interested Party Pacific Travel Partners, Inc. | jhorne@murthalaw.com, lmulvehill@murthalaw.com |
| Robert J. Keach | Creditor Henry R. Lewis Trust u/t/d November 24, 2004<br><br>Creditor Henry R Lewis | rkeach@bernsteinshur.com, acummings@bernsteinshur.com; astewart@bernsteinshur.com; kquirk@bernsteinshur.com; aprescott@bernsteinshur.com |
| Richard King | United States Trustee | ustpregion01.bo.ecf@usdoj.gov |
| John G. Loughnane | Consumer Privacy Ombudsman | LoughnaneJ@whiteandwilliams.com |
| John J. Monaghan | Interested Party Nordic Hamburg GmbH | bos-bankruptcy@hklaw.com, hapi@hklaw.com |
| Kate E. Nicholson | Susan Wallace-Morgan<br>Tom Morgan | knicholson@nicholsonpc.com; knicholson@ecf.courtdrive.com; admin@nicholsonpc.com; cloredo@nicholsonpc.com; apeck@nicholsonpc.com |
| Sarah E Petrie | Creditor Commonwealth of Pennsylvania, Office of the Attorney | sarah.petrie@mass.gov |

| Name | Party Represented | E-Mail Address |
|---|---|---|
|  | General |  |
| Adam Prescott | Creditor Henry R. Lewis Trust u/t/d November 24, 2004<br><br>Creditor Henry R Lewis | aprescott@bernsteinshur.com; astewart@bernsteinshur.com; kquirk@bernsteinshur.com; sbaker@bernsteinshur.com; 12978@notices.nextchapterbk.com; cmastrogiorgio@bernsteinshur.com |
| David P. Primack | Creditor U.S. Specialty Insurance Company and its affliated sureties | dprimack@mdmc-law.com, gbressler@mdmc-law.com; scarney@mdmc-law.com |
| Cara Sgobba | Creditor Trip Mate, Inc. | csgobba@grsm.com |
| Heather Sprague | U.S. Trustee | Heather.Sprague@usdoj.gov |
| Jeffrey D. Sternklar | Creditor Smith Duggan Cornell & Gollub LLP | jeffrey@sternklarlaw.com, jdsternklar@yahoo.com; r60083@notify.bestcase.com; 3338331420@filings.docketbird.com |
| Melissa L Van Eck | Creditor Commonwealth of Pennsylvania, Office of the Attorney General | mvaneck@attorneygeneral.gov |
| Harvey J Wolkoff | Creditor Airlines Reporting Corporation | camillechirillo@quinnemanuel.com, erikamorabito@quinnemanuel.com; brittanynelson@quinnemanuel.com |
| Lynne B. Xerras | Interested Party Nordic Hamburg GmbH | lynne.xerras@hklaw.com |
| Gina M. Young | Creditor Committee Official Committee of Unsecured Creditors | gina.young@dentons.com |