# PDF FILE WITH AUDIO FILE ATTACHMENT

Case Type:      bk
Case Number:    23-11060
Case Title:     Vantage Travel Service, Inc.
Case Matter:    Oral Rulings
                #609 Final Application for Compensation and Reimbursement of Expenses for Official Committee of Unsecured Creditors of Vantage Travel Service, Inc.  (Andrew Helman)

Audio Date/Time:    08/20/2025 16:18:11
Audio File Name:    BostonCR3JEB_20250820-1503_01dc11e39c315780.mp3
Audio File Size:    15216.75 kb
Audio Run Time:     00:00:1948

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."