

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

VANTAGE TRAVEL SERVICE, INC.,

Debtor

Chapter 11
Case No. 23-11060-JEB

**Proceeding Memorandum and Order**

**MATTER:**
#609 Final Application for Compensation and Reimbursement of Expenses for Official Committee of Unsecured Creditors of Vantage Travel Service, Inc.

**Decision set forth more fully as follows:**
Hearing held on August 20, 2025. For the reasons set forth on the record, the Application is granted as follows. Dentons Bingham Greenebaum LLP is allowed compensation as counsel to the Official Committee of Unsecured Creditors on a final basis in the amount of $186,171.75, including $185,000.00 in fees and $1,171.75 in expenses. To date, Dentons has received $73,001.00 from the Debtor. The Plan Administrator and Creditor Trustee are authorized to and shall pay Dentons the remaining balance of $113,170.75 as an administrative claim in accordance with the Debtor's Liquidating Plan dated October 3, 2023, modified on November 16, 2023, as confirmed by the Court.

Dated: August 20, 2025

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge